UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **CV 24-1325-MWF(PDx)**                                    Date: March 27, 2024

Title   **Farinasp Zamani v. Bloomingdale's, LLC, et al.**

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

This action was removed to this Court on February 16, 2024.  (*See* Notice of Removal ("NoR"), Docket No. 1).  On February 23, 2024, Defendants filed an Answer to Complaint.  (Docket No. 7).

On February 29, 2024, the Court filed an Order Setting Scheduling Conference.  (Docket No. 8).  The Court has now reviewed the parties' Joint Rule 26(f) Report (the "Report"), filed March 18, 2024.  (Docket No. 10).  The Scheduling Conference on April 1, 2024, has been vacated.  (Docket No. 11).

In the Report, Plaintiff proposed pretrial and trial dates as required by the Order Setting Scheduling Conference.  Throughout the Report, Defendants declined to provide proposed dates, and instead stated that "Plaintiff's claims are subject to arbitration," and "Defendants will move to compel arbitration if Plaintiff will not stipulate to arbitration."

The Court now **ORDERS** Defendants to **SHOW CAUSE** in writing why the Court should not order that Defendants have waived their right to pursue arbitration in this matter.  In response to this Order to Show Cause ("OSC"), the Court will accept a stipulation to arbitrate, or Defendants' Motion to Compel

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 24-1325-MWF(PDx)**                                               Date: March 27, 2024

Title        **Farinasp Zamani v. Bloomingdale's, LLC, et al.**

Arbitration, **no later than April 12, 2024**.  If Defendants file such a motion, it shall be noticed for hearing no later than June 3, 2024.

    If a stipulation or motion is not filed by April 12, 2024, Defendants will have waived their right to pursue arbitration in this matter and the Court will set pretrial and trial dates based on the dates provided by Plaintiff in the Report.

    IT IS SO ORDERED.